UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| AGNESS MCCURRY, | ) |
| | ) |
| Plaintiff, | ) 2:25-CV-00012-DCLC-CRW |
| | ) |
| vs. | ) |
| | ) |
| TENNESSEE COURT OF APPEALS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

For the reasons stated in the Court's accompanying Memorandum Opinion and Order, this case is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this case.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge


ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court